| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE JENNINGS SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF JENNINGS | ) | CAUSE NO: |
| | ) | |
| DAVID C. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JENNINGS COUNTY SHERIFF'S OFFICE, JENNINGS COUNTY, DEPUTY J. AMIS, DEPUTY A. REISMILLER, DEPUTY B. MAYNARD, DEPUTY A. DRIVER, and DEPUTY A. GRUNDEN, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## COMPLAINT FOR DAMAGES

COMES now the Plaintiff, David C. Brown ("Plaintiff"), by counsel, and for his Complaint for Damages against the Defendant, Jennings County Sheriff's Office, Jennings County, Deputy J. Amis, Deputy A. Reismiller, Deputy B. Maynard, Deputy A. Driver, and Deputy A. Grunden (Collectively, "Defendants"), alleges and asserts:

1. At all times mentioned herein, the Plaintiff was and is a resident of the City of Dupont, County of Jefferson, State of Indiana.

2. At all times mentioned herein, the Defendant, Jenning County Sheriff's Office, was a law enforcement agency, with its principal place of business in Jennings County, Indiana, and was a political subdivision, as defined by Indiana Code § 34-6-2-110.

3. At all times mentioned herein, the Defendant, Jennings County, was a political subdivision, as defined by Indiana Code § 34-6-2-110.

EXHIBIT B

4.      At all times mentioned herein, Defendant Deputy J. Amis was an adult and sworn officer of the Jennings County Sheriff's Department, Jennings County, Indiana, and, at all times mentioned herein were employees, agents, and/or representatives of Defendants Jennings County Sheriff's Office and/or Jennings County Sheriff's Department.

5.      At all times mentioned herein, Defendant Deputy A. Reismiller was an adult and sworn officer of the Jennings County Sheriff's Department, Jennings County, Indiana, and, at all times mentioned herein were employees, agents, and/or representatives of Defendants Jennings County Sheriff's Office and/or Jennings County Sheriff's Department.

6.      At all times mentioned herein, Defendant Deputy B. Maynard was an adult and sworn officer of the Jennings County Sheriff's Department, Jennings County, Indiana, and, at all times mentioned herein were employees, agents, and/or representatives of Defendants Jennings County Sheriff's Office and/or Jennings County Sheriff's Department.

7.      At all times mentioned herein, Defendant Deputy A. Driver was an adult and sworn officer of the Jennings County Sheriff's Department, Jennings County, Indiana, and, at all times mentioned herein were employees, agents, and/or representatives of Defendants Jennings County Sheriff's Office and/or Jennings County Sheriff's Department.

8.      At all times mentioned herein, Defendant Deputy A. Grunden was an adult and sworn officer of the Jennings County Sheriff's Department, Jennings County, Indiana, and, at all times mentioned herein were employees, agents, and/or representatives of Defendants Jennings County Sheriff's Office and/or Jennings County Sheriff's Department.

9.      All of the acts and/or omissions of the Defendants Jennings County Sheriff's Office and Jennings County (Collectively "County Defendants"), herein alleged, were performed and/or omitted by and through their agents, servants, employees, staff, and/or representatives,

including, but not limited to, Deputy J. Amis, Deputy A. Reismiller, Deputy B. Maynard, Deputy A. Driver, and Deputy A. Grunden (Collectively, "Defendant Deputies"), while said agents, servants, employees, staff, and/or representatives were acting within the course and scope of their employment with the Defendants.

10. Pursuant to the Indiana Tort Claims Act, notice of this action was served upon Defendants on or about December 15, 2023.

## COUNT I: NEGLIGENCE AGAINST ALL DEFENDANTS

11. Plaintiff incorporates, by reference, paragraphs one (1) through ten (10) of this Complaint into Count I, as if fully stated herein.

12. On or about July 29, 2023, the Plaintiff was detained by Defendants, in Dupont, Indiana.

13. At the aforementioned time and place, Plaintiff David C. Brown was handcuffed, thrown to the ground, assaulted by the investigating officers, and forcibly pushed down a hallway against his ability by the employees, staff, agents, and/or representatives of County Defendants, including, but not limited to, Defendant Deputies.

14. At the aforementioned time and place, the handcuffs placed by the employees, staff, agents, and/or representatives of County Defendants, including, but not limited to, Defendant Deputies, were so tightly placed as to cut off blood circulation to Plaintiff's hands.

15. At the aforementioned time and place, Plaintiff requested medical attention for his injuries, but such attention was denied by the employees, staff, agents, and/or representatives of County Defendants, including, but not limited to, Defendant Deputies.

16. Following the Incidents detailed herein, the employees, staff, agents, and/or representatives of County Defendants, including, but not limited to, Defendant Deputies, failed to make any report of the incident, in an attempt to prevent evidence of the same.

17. As a direct and proximate result of the Incidents stated herein, Plaintiff David C. Brown sustained physical and emotional injuries, resulting in pain and suffering.

18. As a direct and proximate result of the Incidents stated herein, Plaintiff David C. Brown has been required to engage the services of hospitals, physicians, and medical technicians for medical treatment, medication, and x-rays, and has incurred, and may continue to incur in the future, medical expenses for such treatment.

WHEREFORE, the Plaintiff, David C. Brown, by counsel, prays for judgment against the Defendants, Jennings County Sheriff's Office, Jennings County, Deputy J. Amis, Deputy A. Reismiller, Deputy B. Maynard, Deputy A. Driver, and Deputy A. Grunden, in an amount commensurate with his injuries and damages, for the costs of this action, and for all other relief just and proper in the premises.

**COUNT II: USE OF EXCESSIVE FORCE AGAINST ALL DEFENDANTS**

19. Plaintiff incorporates, by reference, paragraphs one (1) through eighteen (18) of this Complaint into Count II, as if fully stated herein.

20. At the time of the Incidents detailed herein, while causing injury to the Plaintiff, Defendant Deputies engaged in egregious, reckless, willful, wanton, intentional, and unreasonably violent conduct.

21. Defendant Deputies' conduct caused physical injuries, physical pain and suffering, emotional distress, and embarrassment to Plaintiff.

22. At the time of the Incidents detailed herein, Defendant Deputies were acting within the course and scope of their employment.

23. Plaintiff's injuries were proximately caused by the willful use of unreasonable force by Defendant Deputies and the failure of County Defendants to properly train and/or supervise Defendant Deputies and the failure of County Defendants to implement appropriate and effective policies, practices, and procedures designed to protect members of the public from the willful use of unreasonable force by Defendant Deputies.

24. County Defendants are liable to the Plaintiff for damages caused by Defendant Deputies because County Defendants are responsible for the acts or their employees, while such employees are acting within the course and scope of their employment.

WHEREFORE, the Plaintiff, David C. Brown, by counsel, prays for judgment against the Defendants, Jennings County Sheriff's Office, Jennings County, Deputy J. Amis, Deputy A. Reismiller, Deputy B. Maynard, Deputy A. Driver, and Deputy A. Grunden, in an amount commensurate with his injuries and damages, for the costs of this action, and for all other relief just and proper in the premises.

## COUNT III: ASSAULT AND BATTERY AGAINST ALL DEFENDANTS

25. Plaintiff incorporates, by reference, paragraphs one (1) through twenty-four (24) of this Complaint into Count III, as if fully stated herein.

26. At the time of the Incidents detailed herein, Defendant Deputies' actions constituted assault, as they placed Plaintiff in imminent fear of bodily harm.

27. At the time of the Incidents detailed herein, Defendant Deputies' actions constituted batters, as they knowingly and intentionally touched Plaintiff in a rude, insolent, or angry manner.

28. County Defendants are liable for the assault and battery of Plaintiff, as Defendant Deputies were acting within the course and scope of their employment with County Defendants at the time of the Incident.

WHEREFORE, the Plaintiff, David C. Brown, by counsel, prays for judgment against the Defendants, Jennings County Sheriff's Office, Jennings County, Deputy J. Amis, Deputy A. Reismiller, Deputy B. Maynard, Deputy A. Driver, and Deputy A. Grunden, in an amount commensurate with his injuries and damages, for the costs of this action, and for all other relief just and proper in the premises.

## COUNT IV: 42 USC § 1983: USE OF EXCESSIVE FORCE AGAINST DEFENDANT DEPUTIES

29. Plaintiff incorporates, by reference, paragraphs one (1) through twenty-eight (28) of this Complaint into Count IV, as if fully stated herein.

30. The Fourth Amendment to the United States Constitution prohibits the use of excessive force.

31. The Due Process Clause of the Fourteenth Amendment to the United States Constitution permits application of the Fourth Amendment to this state action.

32. 42 USC § 1983 permits a plaintiff to claim relief when the plaintiff is deprived of a right secured by the Constitution or the laws of the United States when the deprivation was visited upon him by persons acting under color of state law.

33. At the time of the Incidents detailed herein, Defendant Deputies, while in their capacities as officers, agents, employees, and/or representatives of County Defendants, exerted unreasonable force against Plaintiff.

34. At the time of the Incidents detailed herein, Defendant Deputies, while in their capacities as officers, agents, employees, and/or representatives of County Defendants, denied Plaintiff medical care for his injuries.

35. Defendant Deputies, while acting within the course and scope of their employment with County Defendants, deprived Plaintiff of his rights, secured by the Constitution or laws of the United States, and said deprivation was visited upon them by persons acting under the color of state law, specifically Defendant Deputies.

WHEREFORE, the Plaintiff, David C. Brown, by counsel, prays for judgment against the Defendants, Jennings County Sheriff's Office, Jennings County, Deputy J. Amis, Deputy A. Reismiller, Deputy B. Maynard, Deputy A. Driver, and Deputy A. Grunden, in an amount commensurate with his injuries and damages, for the costs of this action, and for all other relief just and proper in the premises.

**COUNT V: BYSTANDER LIABILITY OF AGAINST DEFENDANT DEPUTIES**

36. Plaintiff incorporates, by reference, paragraphs one (1) through thirty-five (35) of this Complaint into Count V, as if fully stated herein.

37. At the time of the Incidents detailed herein, Defendant Deputies had a duty to stop officers who summarily punished a third person in their presence or otherwise in their knowledge.

38. Defendant Deputies were present at the time of the Incidents detailed herein.

39. Defendant Deputies had reason to know excessive force was being used.

40. Defendant Deputies had reason to know a citizen was being unjustifiably detained.

41. Defendant Deputies had reason to know that a Constitutional violation had been committed by a law enforcement official.

42. Defendant Deputies had a realistic opportunity to intervene to prevent harm from occurring to Plaintiff.

43. Despite Defendant Deputies' knowledge detailed herein, and the realistic opportunity to intervene, Defendant Deputies failed to intervene.

44. As a direct and proximate result of the Incidents detailed herein, Plaintiff suffered physical and emotional injuries and continues to suffer from those injuries today.

45. As a direct and proximate result of the Incidents stated herein, Plaintiff David C. Brown has been required to engage the services of hospitals, physicians, and medical technicians for medical treatment, medication, and x-rays, and has incurred, and may continue to incur in the future, medical expenses for such treatment.

WHEREFORE, the Plaintiff, David C. Brown, by counsel, prays for judgment against the Defendants, Jennings County Sheriff's Office, Jennings County, Deputy J. Amis, Deputy A. Reismiller, Deputy B. Maynard, Deputy A. Driver, and Deputy A. Grunden, in an amount commensurate with his injuries and damages, for the costs of this action, and for all other relief just and proper in the premises.

### COUNT VI: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

46. Plaintiff incorporates, by reference, paragraphs one (1) through forty-five (45) of this Complaint into Count VI, as if fully stated herein.

47. Defendant Deputies' conduct described above (a) was extreme and outrageous, (2) was intended to inflict severe emotional distress on Plaintiff, and (3) caused Plaintiff severe emotional distress.

48. Defendant Deputies performed the acts detailed herein with the intent of inflicting 8severe emotional distress or with knowledge of the high probability that the conduct would cause such distress.

49. Defendant Deputies knew, or should have known, their actions would cause Plaintiff severe emotional distress.

50. As a direct and proximate result of Defendant Deputies' conduct, Plaintiff did, in fact, suffer severe emotional distress, including mental anguish and physical pain.

51. County Defendants are liable for the Intentional Infliction of Emotional Distress, under the theory of respondeat superior.

WHEREFORE, the Plaintiff, David C. Brown, by counsel, prays for judgment against the Defendants, Jennings County Sheriff's Office, Jennings County, Deputy J. Amis, Deputy A. Reismiller, Deputy B. Maynard, Deputy A. Driver, and Deputy A. Grunden, in an amount commensurate with his injuries and damages, for the costs of this action, and for all other relief just and proper in the premises.

Respectfully submitted,

_____
Harvey L. Lancaster, Jr. # 31750-49
Scott M. Gill, #34602-49
Attorneys for Plaintiff

**LANCASTER GILL, PC**
230 East Ohio Street, Suite 205
Indianapolis, IN 46204
(317) 643-6600 Phone
(317) 813-4796 Facsimile
Harvey@LancasterGill.com
Scott@LancasterGill.com